## FRANK VIAN v. STATE.

No. A-5354. Opinion Filed Dec. 12, 1925.
(241 Pac. 1118.)

J. N. Roberson, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Frank Vian, plaintiff in error, was found guilty by a jury in the county court of Canadian county of the illegal possession of a quantity of corn whisky, and by the judge sentenced to pay a fine of $500 and serve a term of six months in the county jail. Upon motion of the plaintiff in error, by his attorney of record, that this appeal be dismissed, for good cause shown, the motion is sustained, and the appeal dismissed.